**Beverly GEBHARDT (Administratrix of the estate of Bradley H. Simmons), Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 05–3332.

United States Court of Appeals, Federal Circuit.

June 13, 2006.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

*Judgment*